# Supreme Court of Florida

_____

No. SC16-451
_____

**JEFFREY D. WILLIAMS,**
Petitioner,

vs.

**STATE OF FLORIDA,**
Respondent.

[June 8, 2017]

PER CURIAM.

We initially accepted discretionary review of the decision in State v. Williams, 184 So. 3d 1205 (Fla. 1st DCA 2016).  Upon further consideration, we exercise our discretion and discharge jurisdiction.  Accordingly, we hereby dismiss this review proceeding.

It is so ordered.

No motion for rehearing will be entertained by the Court.  See Fla. R. App. P. 9.330(d)(2).

LABARGA, C.J., and LEWIS, QUINCE, CANADY, POLSTON, and LAWSON, JJ., concur.
PARIENTE, J., dissents.

Application for Review of the Decision of the District Court of Appeal – Direct Conflict of Decisions

First District - Case No. 1D14-5510

(Leon County)

Kevin Alvarez of the Law Office of Kevin Alvarez P.A., Tallahassee, Florida,

for Petitioner

Pamela Jo Bondi, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, Florida,

for Respondent